A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 OCT 31 P 4: 52

RECEIVED
U.S. MARSHAL

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-346(1) DWF**

John Scott Allen

0641-1031-0098-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: John Scott Allen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W Frank, United States District Court Judge.

(By) Gina Olsen, Deputy Clerk

October 31, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 10-31-05
ARRESTED BY Subject arrested in custody w/ USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS