**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

John Scott Allen,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: David S. Doty
U.S. District Judge

Case No: 00cr346(1)(DWF/AJB)
Date: May 15, 2006
Court Reporter: Lorilee Fink
Time Commenced: 10:20 a.m.
Time Concluded: 10:30 p.m.
Time in Court: 10 Minutes

## APPEARANCES:

Plaintiff: LeeAnn K. Bell, Assistant U.S. Attorney
Defendant: Richard J. Malacko : CJA

## PROCEEDINGS:

: **Initial Appearance - Revocation Proceedings.**
: **Revocation of Supervised Release - Final Hearing.**
: Preliminary Hearing : Waived
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: No supervised release to follow.
: Defendant is sentenced to: 24 months to be served consecutively to deft's undischarged term of imprisonment in 05cr371(DSD/AJB)
: Written order to be issued.

s/Connie L. Baker
Calendar Clerk