# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.

**John Scott Allen**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-346(1)(DWF/AJB)**
USM Number: **09682-041**
Social Security Number: **6947**
Date of Birth: **1957**

**Richard J. Malacko**
Defendant's Attorney

**THE DEFENDANT:**

[**x**] admitted guilt to violation of **Mandatory and Special Conditions** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Committed a federal crime | 10/26/2005 |
| Special Condition | Used controlled substance | 09/09/2005 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**May 15, 2006**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**May 15, 2006**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: JOHN SCOTT ALLEN
CASE NUMBER: 00-346(1)(DWF/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months to be served consecutively to the undischarged term of imprisonment in Docket No. 05-371(DSD/AJB)**. **Defendant shall not be required to serve a term of supervised release for his February 2, 2001 conviction following his incarceration in Criminal 00-346(1)(DWF/AJB).**

[**x**] The court makes the following recommendations to the Bureau of Prisons:

**Incarceration at FMC Rochester, Rochester, Minnesota**
**Defendant be allowed to participate in the 500 hour comprehensive drug treatment program offered by the Bureau of Prisons.**

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ____________ to ____________

at ____________, with a certified copy of this judgment.

____________
United States Marshal

By ____________
Deputy United States Marshal